3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

v.

> Case: 2:26-cr-20172
> Assigned To : McMillion, Brandy R.
> Referral Judge: Grand, David R.
> Assign. Date : 3/25/2026
> Description: INDI USA V. FLORES-BANDA (NA)

Gerardo Flores-Banda,

Violation:  8 U.S.C. § 1326(a)

Defendant.

_____/

## **INDICTMENT**

THE GRAND JURY CHARGES

### **COUNT ONE**
### **8 U.S.C. § 1326(a) - Unlawful Re-Entry**

On or about July 26, 2025, within the Eastern District of Michigan, Southern Division, Gerardo Flores-Banda, an alien who had been excluded, deported and removed from the United States on or about November 20, 2012, was found in the United States without the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to reapply for

1

admission to the United States, in violation of Title 8, United States Code, Section 8 U.S.C. § 1326(a).

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

*s/ Douglas C. Salzenstein*
Douglas C. Salzenstein
Chief, Homeland Security Unit

*s/ Louis F. Meizlish*
Louis F. Meizlish
Assistant United States Attorney

Dated:   March 25, 2026

2

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover** | Case: 2:26-cr-20172<br>Assigned To : McMillion, Brandy R.<br>Referral Judge: Grand, David R.<br>Assign. Date : 3/25/2026<br>Description: INDI USA V. FLORES-BANDA (NA) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.     **ORIGINAL**

| **Companion Case Information** | **Companion Case Number:** 25-CR-20610 |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** Denise Page Hood |
| ☒ Yes          ☐ No | **AUSA's Initials:** L. F. M. |

**Case Title:** USA v.  Gerardo Flores-Banda

**County where offense occurred :**  Macomb

**Check One:**     ☒ Felony          ☐ Misdemeanor          ☐ Petty

✓ Indictment/_____ Information --- **no** prior complaint.
_____ Indictment/_____ Information --- based upon prior complaint [**Case number:**                    ]
_____ Indictment/_____ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** 25-CR-20610                    **Judge:**  Denise Page Hood

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

March 25, 2026
Date

Louis F. Meizlish
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:(313) 226-9745
Fax:
E-Mail address: louis.meizlish@usdoj.gov
Attorney Bar #: P75168

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.